59239. BENTLEY v. THE STATE.

BIRDSONG, Judge.

The issues in this case having been disposed of by this court in *Bentley v. State,* 153 Ga. App. 408, we affirm the judgment of the trial court.

*Judgment affirmed. Deen, C. J., and Sognier, J., concur.*

SUBMITTED JANUARY 14, 1980 — DECIDED FEBRUARY 7, 1980.

*Jack F. Witcher,* for appellant.
*W. A. Foster, III, District Attorney, Dan Sammons,*

*Assistant District Attorney,* for appellee.